El Pueblo de Puerto Rico, demandante y apelante, *v.* Bernardo Serra, acusado y apelado.

No. 3930.—*Sometido:* Marzo 4, 1930. *Resuelto:* Enero 23, 1931.

*R. A. Gómez,* abogado de *El Pueblo,* apelante; *Agustín E. Font,* abogado del apelado.

El Juez Asociado Señor Aldrey, emitió la opinión del tribunal.

Esta apelación ha sido interpuesta por el El Pueblo de Puerto Rico contra sentencia que absolvió al apelado de una denuncia, por el fundamento de que no le imputa el delito por que se le persigue.

El apelado fué denunciado porque en determinada fecha y actuando como *chauffeur* de cierto automóvil conducía pasajeros en él por la calle Real entre la ciudad de Ponce y su playa, cobrando a dichos pasajeros cinco centavos por pasaje, estando dicha ruta entonces servida por una línea de ómnibus autorizada por la Comisión de Servicio Público, violando así la orden de la expresada comisión que prescribe que ningún automóvil podrá transportar pasajeros cobrando menos de 10 centavos por pasaje entre la ciudad de Ponce y su playa por la ruta servida por los ómnibus autorizados por la mencionada comisión.

La orden a que se refiere la denuncia, que es la de 20 de diciembre de 1928, después de hacer referencia a cierta regla del reglamento para vehículos de motor de servicio público con capacidad autorizada no mayor de siete pasajeros, ordena fijar y fija una tarifa mínima de 10 centavos por cada persona, para la transportación de pasajeros por los automóviles comprendidos en dicho reglamento en toda o en cualquier parte de la ruta servida por las líneas de automóviles (guaguas) en la ciudad de Ponce y su playa.

Resolviendo la corte inferior la excepción previa opuesta a la denuncia sostuvo aquélla por entender que esa orden de la comisión se refiere a los dueños de los automóviles que se dediquen a ese servicio, bien sea una persona natural o jurídica, y no al *chauffeur,* toda vez que el reglamento especifica la responsabilidad en que incurren los *chauffeurs* cuando ellos violan el reglamento en ciertos aspectos o dejan de cumplir con ciertos requisitos de él, estando además penados los *chauffeurs* por otras violaciones de la ley de automóviles.

No dice esa orden que sea aplicable solamente a los due-

ños de los automóviles que la infringen, sin que sea fundamento para llegar a esa conclusión el que en el reglamento se especifique la penalidad de los *chauffeurs* por otras infracciones y que estén penados también por otras violaciones de la ley de automóviles. Esa orden es general por sus términos y no hace referencia a personas determinadas, por lo que es aplicable a cualquier persona que la infrinja.

*La sentencia apelada debe ser revocada y devolverse el caso para ulteriores procedimientos.*

Los Jueces Asociados Señores Wolf y Texidor disintieron.*